

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-12-00155-CR
_____


FANSCICO JAVIER DAVILA-RODRIGUEZ, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 354th Judicial District Court
Hunt County, Texas
Trial Court No. 26,848


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Fanscico Javier Davila-Rodriguez, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Davila-Rodriguez and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Jack Carter
Justice


Date Submitted: December 11, 2012
Date Decided: December 12, 2012

Do Not Publish